■ HUNT REAL ESTATE CORPORATION, Appellant, v DIANE VACCA, Doing Business as HUNTER HOMES REALTY, Respondent. [668 NYS2d 125] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied plaintiff's motion for summary judgment and granted defendant's cross motion, dismissing the complaint (*see, Fast Trak Structures v R-J Taylor Gen. Contrs.*, 120 AD2d 943; *Matter of Ryan & Son v Lancaster Homes*, 19 AD2d 14). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Callahan and Fallon, JJ.

■ AMERICAN HOME ASSURANCE COMPANY, Respondent, v POLYMER APPLICATIONS, INC., Appellant. [668 NYS2d 125] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Interpleader.) Present—Green, J. P., Lawton, Hayes, Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK MILLS, JR., Appellant. [668 NYS2d 125] —Judgment unanimously affirmed (*see, People v Saunders*, 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Robbery, 1st Degree.) Present—Denman, P. J., Green, Wisner, Balio and Boehm, JJ.